UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY BOTTOMS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC. (F/K/A, SQUARE, INC.) (D/B/A, CASH APP),<br><br>Defendant. | CASE NO. C23-1969<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT BLOCK, INC. TO RESPOND TO COMPLAINT AND SET A BRIEFING SCHEDULE |

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Kimberly Bottoms ("Plaintiff") and Defendant Block, Inc. ("Block") hereby stipulate and agree to the following proposed deadline for Block to respond to Plaintiff's Complaint and briefing schedule on any motion to dismiss, subject to the Court's approval.

1. On November 14, 2023, Plaintiff initiated the above-captioned action by filing her Complaint [Dkt. 1, Ex. B.] against Block in the Superior Court for King County, Case No. 23-2-22406-0 SEA.

2. On November 21, 2023, Plaintiff served the Summons and Complaint on Block's registered agent, the Corporation Trust Company.

3. On December 21, 2023, Block filed its Notice of Removal, removing this matter to this Court pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d) and 28 U.S.C. § 1453. Dkt. 1.

4. Absent an extension, Block's deadline to respond to the Complaint is December 28, 2023. *See* Fed. R. Civ. P. 81(c)(2).

5. To accommodate the upcoming holidays and vacation schedules, the Parties agree and stipulate (subject to Court approval) to extend until January 25, 2024, the deadline for Block to respond to the Complaint.

6. The Parties further agree and stipulate (subject to Court approval) that, to the extent Block responds to the Complaint with a Motion to Dismiss: (i) Block will note the Motion for March 8, 2024; (ii) Plaintiff's response to the Motion will be due on or before February 23, 2024; and (iii) Block's reply in support of its Motion will be due on or before March 8, 2024.

7. The Parties have not sought or obtained any prior extensions of time in this matter.

IT IS SO STIPULATED.

|   |   |
|---|---|
| 1 | DATED this 22nd day of January, 2024. |

    Davis Wright Tremaine LLP

    By  s/ *Lauren B. Rainwater*
        Kenneth E. Payson, WSBA #26369
        Lauren B. Rainwater, WSBA #43625
        Theo A. Lesczynski, WSBA #59780
        920 Fifth Avenue, Suite 3300
        Seattle, WA  98104-1610
        Telephone: 206-622-3150
        Fax: 206-757-7016
        E-mail: kenpayson@dwt.com
        E-mail: laurenrainwater@dwt.com
        E-mail: theolesczynski@dwt.com

    *Attorneys for Defendant Block, Inc.*

    Terrell Marshall Law Group PLLC

    By  s/ *Jennifer Rust Murray*
        Beth E. Terrell, WSBA #26759
        Jennifer Rust Murray, WSBA #36983
        936 North 34th Street, Suite 300
        Seattle, WA 98103
        Telephone: 206-816-6603
        E-mail: bterrell@terrellmarshall.com
        E-mail: jmurray@terrellmarshall.com

    Berger Montague P.C.
    E. Michelle Drake*
    43 SE Main Street, Suite 505
    Minneapolis, MN 55414
    Telephone: 612-594-5933
    E-mail: emdrake@bm.net

    Berger Montague P.C.
    Sophia M. Rios*
    401 B Street, Suite 2000
    San Diego, CA 92101
    Telephone: 619-489-0300
    E-mail: srios@bm.net

    **pro hac vice* application to be filed*

    *Attorneys for Plaintiff Kimberly Bottoms*

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT BLOCK, INC. TO RESPOND TO COMPLAINT AND SET A BRIEFING SCHEDULE - 3

**ORDER**

The Court GRANTS the Parties' stipulated motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 2, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT BLOCK, INC. TO RESPOND TO COMPLAINT AND SET A BRIEFING SCHEDULE - 4