UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY BOTTOMS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC. (F/K/A, SQUARE, INC.) (D/B/A, CASH APP),<br><br>Defendant. | CASE NO. 23-1969<br><br>CASE SCHEDULE ORDER |

After reviewing the Parties' Supplemental Joint Status Report (Dkt. No. 23), the Court issues this Order setting the following trial date and interim deadlines:

| Event | Date |
|---|---|
| Jury Trial | March 2, 2026 at 9:00 AM |
| Deadline to join additional parties | August 16, 2024 |
| Plaintiff fact discovery cut off | September 6, 2024 |

CASE SCHEDULE ORDER - 1

| | |
|---|---|
| Dispositive motions regarding the named plaintiff to be noted in accordance with LCR 7(d) and filed by | October 3, 3024 |
| All motions related to discovery to be noted in accordance with LCR 7(d) and filed by | January 28, 2025 |
| Fact discovery cut off | February 28, 2025 |
| Parties must exchange expert reports by | March 28, 2025 |
| Expert discovery cut off | May 23, 2025 |
| Motion for class certification to be noted in accordance with LCR 7(d) and filed by | June 13, 2025 |
| All dispositive motions to be noted in accordance with LCR 7(d) and filed by | September 29, 2025 |
| All motions in limine to be noted in accordance with LCR 7(d) and filed by | January 26, 2026 |
| Agreed pretrial order to be filed by | February 17, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions to be filed by | February 17, 2026 |
| Pretrial Conference | February 24, 2026 at 1:30 PM |
| Jury trial length | 8 days |

These dates are set at the direction of the Court after reviewing the Supplemental Joint Status Report submitted by the Parties. All other dates are specified in the Local Civil Rules (LCR). If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify the Deputy Clerk, Grant Cogswell, in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**COOPERATION:**

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

**EXHIBITS:**

The original and one copy of the trial exhibits are to be delivered to chambers four days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next number series not used by plaintiff.

Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in individual file folders with appropriately numbered tabs.

**SETTLEMENT:**

Should this case settle, counsel shall notify Grant Cogswell as soon as possible at 206−370−8518. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

\\

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated August 2, 2024.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge