The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY BOTTOMS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

BLOCK, INC. (F/K/A, SQUARE, INC.) (D/B/A, CASH APP),

Defendant.

No. 2:23-cv-01969-MJP

**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES**

Due to the parties' continued diligent efforts to complete discovery into Plaintiff's claims, Plaintiff Kimberly Bottoms ("Plaintiff") and Defendant Block, Inc. ("Block"), by and through their counsel, respectfully request that the Court (1) extend the September 6, 2024, fact discovery cutoff, and (2) extend the October 3, 2024, dispositive motions cutoff to October 23, 2024. In support of this request, the parties stipulate and agree as follows:

1. On August 2, 2024, the Court issued a Case Schedule Order setting a fact discovery cut off for Phase 1 for September 6, 2024, and setting a deadline for dispositive motions regarding the named plaintiff of October 3, 2024. Dkt. 27.

2. Following the Court's Case Schedule Order, the parties worked diligently to meet the Court's September 6, 2024 discovery deadline. The parties conferred on and prepared proposed factual stipulations for the purposes of Block's anticipated motion for summary judgment, which allowed the parties to narrow discovery during Phase 1 as contemplated during

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES
(No. 2:23-cv-01969-MJP) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

the April 16, 2024 status conference. The parties met and conferred to clarify and limit the scope of written discovery requests. The parties agreed on search terms for productions of both Plaintiff's and Block's documents. Both sides made document productions in August. Both sides conducted discovery with relevant third parties. On August 28, 2024, Block deposed the non-party who sent the allegedly illegal text to Plaintiff.

3. Block noted Plaintiff's deposition for September 6, 2024, and the parties reached an agreement on the location and the means of conducting that deposition. The morning of September 6, 2024, shortly before the scheduled start of Plaintiff's deposition, Plaintiff's counsel contacted Block's counsel to inform them that Plaintiff was unable to appear for her scheduled deposition due to illness.

4. The parties agreed on search terms for Block's search for relevant and responsive documents in response to Plaintiff's requests for production on September 5, 2024. Due to the volume of documents that hit on the agreed search terms, Block requires additional time, until September 20, 2024, to complete its review and production of documents.

5. The parties have agreed (subject to Court approval) to reschedule Plaintiff's deposition to Thursday, September 19, 2024.

6. The parties have further agreed (subject to Court approval) to extend the deadline for Block's anticipated motion for summary judgment until October 23, 2024 to permit time for receipt of Plaintiff's deposition transcript, which Block will need for the preparation of its motion for summary judgment.

7. The parties therefore stipulate and agree to the following proposed extended schedule, subject to the Court's approval:

| Event | Current Date | Requested Date |
|---|---|---|
| Deadline to complete named plaintiff's deposition and Block's production of documents | September 6, 2024 | September 20, 2024 |
| Dispositive motions regarding the named plaintiff to be noted in accordance with LCR 7(d) and filed by | October 3, 2024 | October 23, 2024 |

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES
(No. 2:23-cv-01969-MJP) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

8. Based on the foregoing, the parties respectfully request that the Court grant their motion and extend the case schedule accordingly.

IT IS SO STIPULATED.

DATED this 13th day of September, 2024.

| Terrell Marshall Law Group PLLC | Davis Wright Tremaine LLP |
|---|---|
| By *s/ Eden B. Nordby*<br>Beth E. Terrell, WSBA #26759<br>Jennifer Rust Murray, WSBA #36983<br>Eden B. Nordby, WSBA #58654<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Telephone: 206-816-6603<br>E-mail: bterrell@terrellmarshall.com<br>E-mail: jmurray@terrellmarshall.com<br>E-mail: enordby@terrellmarshall.com<br><br>Berger Montague P.C.<br>E. Michelle Drake, *Admitted Pro Hac Vice*<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413<br>Telephone: 612-594-5999<br>E-mail: emdrake@bm.net<br><br>Berger Montague P.C.<br>Sophia M. Rios, *Admitted Pro Hac Vice*<br>8241 La Mesa Blvd., Suite A<br>La Mesa, CA 91942<br>Telephone: 619-489-0300<br>E-mail: srios@bm.net<br><br>*Attorneys for Plaintiff* | By *s/ Kenneth E. Payson*<br>Kenneth E. Payson, WSBA #26369<br>Lauren B. Rainwater, WSBA #43625<br>Theo A. Lesczynski, WSBA #59780<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206-622-3150<br>Fax: 206-757-7016<br>E-mail: kenpayson@dwt.com<br>E-mail: laurenrainwater@dwt.com<br>E-mail: theolesczynski@dwt.com<br><br>*Attorneys for Defendant Block, Inc.* |

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES
(No. 2:23-cv-01969-MJP) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## [PROPOSED] ORDER

The Court GRANTS the Parties' Stipulated Motion. The case schedule is adjusted as follows:

| Event | Former Date | Current Date |
|---|---|---|
| Deadline to complete named plaintiff's deposition and Block's production of documents | September 6, 2024 | September 20, 2024 |
| Dispositive motions regarding the named plaintiff to be noted in accordance with LCR 7(d) and filed by | October 3, 2024 | October 23, 2024 |

IT IS SO ORDERED this 16th day of September, 2024.

*[signature]*

HONORABLE MARSHA J. PECHMAN

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES
(No. 2:23-cv-01969-MJP) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax