The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KIMBERLY BOTTOMS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

BLOCK, INC. (F/K/A, SQUARE, INC.) (D/B/A, CASH APP),

Defendant.

No. 2:23-cv-01969-MJP

**STIPULATED MOTION AND [~~PROPOSED~~] ORDER REGARDING DISPOSITIVE MOTIONS BRIEFING SCHEDULE**

To accommodate scheduling conflicts of counsel, Plaintiff Kimberly Bottoms ("Plaintiff") and Defendant Block, Inc. ("Block"), by and through their counsel, stipulate (subject to Court approval) to the following noting and briefing schedule for dispositive motions regarding the named plaintiff to be filed by October 23, 2024. *See* Dkt. 35. Such motions shall be noted for consideration on November 26, 2024, with any opposition papers filed by November 13, 2024, and any reply papers filed by November 26, 2024. In support of this request, the parties stipulate and agree as follows:

1.       On September 16, 2024, the Court granted the parties' stipulated motion extending the deadline to complete Plaintiff's deposition and the deadline to file dispositive motions. *See* Dkt. 35. In particular, the Court ordered that "[d]ispositive motions regarding the named plaintiff to be noted in accordance with LCR 7(d) and filed by … October 23, 2024." *Id.* Under that schedule, dispositive motions would be noted for consideration on November 20,

STIPULATED MOTION AND [~~PROPOSED~~] ORDER REGARDING DISPOSITIVE MOTIONS BRIEFING (No. 2:23-cv-01969-MJP) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  2024, with response briefs due on November 13, 2024, and reply briefs due on November 20,

2  2024. *See* LCR 7(d)(4).

3      2.    Due to scheduling conflicts of counsel, the parties stipulate and agree (subject to

4  Court approval) to extend the noting date and reply deadline by four court days, i.e., until

5  November 26, 2024. In other words, dispositive motions would still be due by October 23, 2024,

6  with response briefs due November 13, 2024, but the noting and reply dates would be extended

7  by four court days.

8      3.    Based on the foregoing, the parties respectfully request that the Court grant their

9  motion through entry of the Proposed Order below.

    IT IS SO STIPULATED.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
REGARDING DISPOSITIVE MOTIONS BRIEFING
(No. 2:23-cv-01969-MJP) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 30th day of SeptemberOctober, 2024.

| | |
|---|---|
| Terrell Marshall Law Group PLLC | Davis Wright Tremaine LLP |
| By *s/ Jennifer Rust Murray* | By *s/ Kenneth E. Payson* |
| Beth E. Terrell, WSBA #26759 | Kenneth E. Payson, WSBA #26369 |
| Jennifer Rust Murray, WSBA #36983 | Lauren B. Rainwater, WSBA #43625 |
| Eden B. Nordby, WSBA #58654 | Theo A. Lesczynski, WSBA #59780 |
| 936 North 34th Street, Suite 300 | 920 Fifth Avenue, Suite 3300 |
| Seattle, WA 98103 | Seattle, WA 98104-1610 |
| Telephone: 206-816-6603 | Telephone: 206-622-3150 |
| E-mail: bterrell@terrellmarshall.com | Fax: 206-757-7016 |
| E-mail: jmurray@terrellmarshall.com | E-mail: kenpayson@dwt.com |
| E-mail: enordby@terrellmarshall.com | E-mail: laurenrainwater@dwt.com |
| | E-mail: theolesczynski@dwt.com |

*Attorneys for Defendant Block, Inc.*

Berger Montague P.C.
E. Michelle Drake, *Admitted Pro Hac Vice*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: 612-594-5999
E-mail: emdrake@bm.net

Berger Montague P.C.
Sophia M. Rios, *Admitted Pro Hac Vice*
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Telephone: 619-489-0300
E-mail: srios@bm.net

*Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING DISPOSITIVE MOTIONS BRIEFING
(No. 2:23-cv-01969-MJP) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

The Court GRANTS the Parties' Stipulated Motion. Dispositive motions regarding the named plaintiff are to be filed by October 23, 2024, and noted for consideration on November 26, 2024; response briefs are to be filed by November 13, 2024; and reply briefs are to be filed by November 26, 2024.

IT IS SO ORDERED this 2nd day of October, 2024.

_____
Marsha J. Pechman
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING DISPOSITIVE MOTIONS BRIEFING
(No. 2:23-cv-01969-MJP) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax