The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY BOTTOMS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>and<br><br>STATE OF WASHINGTON,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>BLOCK, INC. (F/K/A, SQUARE, INC.) (D/B/A, CASH APP),<br><br>Defendant. | NO. 2:23-cv-1969-MJP<br><br>[~~PROPOSED~~] ORDER IN SUPPORT OF UNOPPOSED MOTION TO INTERVENE AS PLAINTIFF UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b) |

THIS MATTER, having come before the Court on Proposed Plaintiff-Intervenor the State of Washington's Unopposed Motion to Intervene as Plaintiff under Fed. R. Civ. P. 5.1 and 28 U.S.C. § 2403(b) ("Motion"), and the Court having reviewed the foregoing Motion, responses, if any, and being familiar with the records and files herein, the Court orders the following:

[~~PROPOSED~~] ORDER IN SUPPORT OF
UNOPPOSED MOTION TO INTERVENE
AS PLAINTIFF UNDER FED. R. CIV. P.
5.1 AND 28 U.S.C. § 2403(b)
(2:23-cv-1969-MJP) - 1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  The State of Washington's Motion is GRANTED. The State of Washington may
2  intervene as Plaintiff-Intervenor for the limited purpose of defending the constitutionality of the
3  Washington Commercial Electronic Mail Act (CEMA), RCW 19.190.060.
4  The Court will set a briefing schedule by separate order.
5  DATED this 30th day of December, 2024.

_____
THE HONORABLE MARSHA J. PECHMAN

Presented by:
ROBERT W. FERGUSON
Attorney General

/s Ben Brysacz
BEN BRYSACZ, WSBA #54683
BOB HYDE, WSBA #33593
MINA SHAHIN, WSBA #46661
Assistant Attorneys General
Attorneys for Proposed Plaintiff-Intervenor
    State of Washington

[PROPOSED] ORDER IN SUPPORT OF
UNOPPOSED MOTION TO INTERVENE
AS PLAINTIFF UNDER FED. R. CIV. P.
5.1 AND 28 U.S.C. § 2403(b)
(2:23-cv-1969-MJP) - 2

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744