The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY BOTTOMS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC. (F/K/A, SQUARE, INC.) (D/B/A, CASH APP),<br><br>Defendant. | No. 2:23-cv-01969-MJP<br><br>STIPULATED MOTION AND [PROPOSED] ORDER RE: BRIEFING AND NOTING SCHEDULE ON DEFENDANT BLOCK, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR: December 30, 2024 |

## **STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Kimberly Bottoms ("Plaintiff"), Defendant Block, Inc. ("Block"), and Intervenor State of Washington ("State") hereby stipulate and agree to the following proposed briefing and noting schedule on Block's pending Motion for Summary Judgment (Dkt. 40), subject to the Court's approval.

1. Plaintiff's and the State's response briefs to Block's Motion shall be due January 17, 2025.

2. Block's reply briefs shall be due January 31, 2025.

3. Block's Motion shall be renoted to March 28, 2025.

IT IS SO STIPULATED.

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01969) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 30th day of December, 2024.

          Davis Wright Tremaine LLP

          By s/ *Kenneth E. Payson*
            Kenneth E. Payson, WSBA #26369
            Lauren B. Rainwater, WSBA #43625
            Theo A. Lesczynski, WSBA #59780
            Joby Celoza, WSBA #62483
            920 Fifth Avenue, Suite 3300
            Seattle, WA 98104-1610
            Telephone: 206-622-3150
            Fax: 206-757-7016
            E-mail: kenpayson@dwt.com
            E-mail: laurenrainwater@dwt.com
            E-mail: theolesczynski@dwt.com
            E-mail: jobyceloza@dwt.com

          *Attorneys for Defendant Block, Inc.*

          Terrell Marshall Law Group PLLC

          By s/ *Jennifer Rust Murray*
            Beth E. Terrell, WSBA #26759
            Jennifer Rust Murray, WSBA #36983
            936 North 34th Street, Suite 300
            Seattle, WA 98103
            Telephone: 206-816-6603
            E-mail: bterrell@terrellmarshall.com
            E-mail: jmurray@terrellmarshall.com

            Berger Montague P.C.
            E. Michelle Drake, *Admitted Pro Hac Vice*
            43 SE Main Street, Suite 505
            Minneapolis, MN 55414
            Telephone: 612-594-5933
            E-mail: emdrake@bm.net

            Berger Montague P.C.
            Sophia M. Rios, *Admitted Pro Hac Vice*
            401 B Street, Suite 2000
            San Diego, CA 92101
            Telephone: 619-489-0300
            E-mail: srios@bm.net

          *Attorneys for Plaintiff Kimberly Bottoms*

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01969) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

|   |   |
|---|---|
| | ROBERT W. FERGUSON<br>Attorney General<br><br>By   s/ *Ben Brysacz*<br>     Ben Brysacz, WSBA #54683<br>     Bob Hyde, WSBA #33593<br>     Mina Shahin, WSBA #46661<br>     Assistant Attorneys General<br>     Attorneys for Intervenor State of Washington<br>     800 Fifth Avenue, Suite 2000<br>     Seattle, WA 98104<br>     936 North 34th Street, Suite 300<br>     E-mail: ben.brysacz@atg.wa.gov<br>     E-mail: robert.hyde@atg.wa.gov<br>     E-mail: mina.shahin@atg.wa.gov<br><br>*Attorneys for Intervenor State of Washington* |

## **[PROPOSED] ORDER**

The Court GRANTS the Parties' stipulated motion. Block's Motion for Summary Judgment (Dkt. 40) is renoted to March 28, 2025. Plaintiff's and the State's response briefs to Block's Motion are due January 17, 2025. Block's reply briefs are due January 31, 2025.

IT IS SO ORDERED this \_\_\_\_ day of _____, 202\_.

_____
Marsha J. Pechman
United States District Judge

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01969) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax