1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
9                             AT SEATTLE

10    KIMBERLY BOTTOMS, on behalf of          CASE NO. 2:23-cv-01969-MJP
      herself and all others similarly situated,
11                                            ORDER GRANTING IN PART
                            Plaintiff,        STIPULATED MOTION RE:
12                                            BRIEFING AND NOTING
      and                                     SCHEDULE
13
      STATE OF WASHINGTON,
14
                            Plaintiff-Intervenor,
15

16
                    v.
17
      BLOCK, INC. (F/K/A, SQUARE, INC.)
18    (D/B/A, CASH APP),

19                          Defendant.

20

21          This matter comes before the Court on the Parties' Stipulated Motion Regarding Briefing

22    and Noting Schedule. (Dkt. No. 52.) Having reviewed the Motion and all supporting materials,

23    the Court GRANTS IN PART the Motion.

24

On October 23, 2024, Defendant Block Inc. moved for summary judgment on Plaintiff Kimberly Bottoms's individual claims. (Dkt. No. 40.) The Motion includes a constitutional challenge to the Washington Commercial Electronic Mail Act ("CEMA"), RCW 19.190 et seq. (Id.) The Court subsequently certified the constitutional challenge under Fed. R. Civ. P. 5.1(b) and 28 U.S.C. § 2403, and stayed consideration of Defendant's motion "for at least sixty (60) days to allow for the Washington Attorney General to intervene." (Dkt. No. 43.)

The State of Washington has now intervened in this matter for the "limited purpose of defending the constitutionality of [CEMA.]" (Dkt. No. 51.) Therefore, the stay is now lifted and the Parties are ORDERED to submit their responsive briefing according to the following schedule:

| | |
|---|---|
| Plaintiff's and the State's response briefs due | January 21, 2025 |
| Block's reply briefs due | January 28, 2025 |
| Block's Motion renoted for | January 28, 2025 |

The clerk is ordered to reset the noting date for Defendant's Motion for Summary Judgment (Dkt. No. 40) to January 28, 2025, and to provide copies of this order to all counsel.

Dated December 31, 2024.

Marsha J. Pechman
United States Senior District Judge