The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY BOTTOMS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC. (F/K/A, SQUARE, INC.) (D/B/A, CASH APP),<br><br>Defendant. | No. 2:23-cv-1969-MJP<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT BLOCK, INC.'S UNOPPOSED MOTION TO FILE OVER-LENGTH REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S INDIVIDUAL CLAIMS |

This matter comes before the Court on Defendant Block, Inc.'s Unopposed Motion for Leave to File Over-Length Reply Brief in Support of Motion for Summary Judgment on Plaintiff's Individual Claims ("Summary Judgment Motion"). Having reviewed the Motion and all other supporting material, the Court GRANTS the Motion. Block may file a reply brief in support of its Summary Judgment Motion not to exceed 6,808 words.

IT IS SO ORDERED.

Dated January 24, 2025.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED
MOTION TO FILE OVER-LENGTH REPLY
(2:23-cv-01969-MJP) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax