The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY BOTTOMS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

BLOCK, INC. (F/K/A, SQUARE, INC.) (D/B/A, CASH APP),

Defendant.

No. 2:23-cv-01969-MJP

**SECOND JOINT STIPULATION OF FACTS RE: BRIEFING ON BLOCK'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S INDIVIDUAL CLAIMS**

Plaintiff Kimberly Bottoms ("Plaintiff"), and Defendant Block, Inc. ("Block"), by and through their counsel, stipulate and agree as follows:

1. The parties have conferred regarding documents Block has produced and marked as "Confidential" and the need for sealing documents relevant to Plaintiff's opposition to Block's motion for summary judgment. The parties agree to the following factual stipulations for purposes of briefing on Block's motion for summary judgment on Plaintiff's individual claims, including Plaintiff's opposition thereto.

2. Solely for purposes of briefing on Block's motion for summary judgment on Plaintiff's individual claims (and Plaintiff's opposition thereto), the parties stipulate and do not dispute that the following facts are true and undisputed with regard to Plaintiff's individual claims against Block:

SECOND JOINT STIPULATION OF FACTS
(No. 2:23-cv-01969-MJP) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

    a. Block's data reflects that Cash App user Lisa Cook initiated Invite Friends text messages to phone number 360-775-9959 on March 30, 2022 and March 22, 2023.

IT IS SO STIPULATED.

DATED this 21st day of January, 2025.

| Terrell Marshall Law Group PLLC | Davis Wright Tremaine LLP |
|---|---|
| By s/ *Jennifer Rust Murray*<br>Beth E. Terrell, WSBA #26759<br>Jennifer Rust Murray, WSBA #36983<br>Eden B. Nordby, WSBA #58654<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Telephone: 206-816-6603<br>E-mail: bterrell@terrellmarshall.com<br>E-mail: jmurray@terrellmarshall.com<br>E-mail: enordby@terrellmarshall.com<br><br>Berger Montague P.C.<br>E. Michelle Drake, *Admitted Pro Hac Vice*<br>1229 Tyler Street NE, Suite 205<br>Minneapolis, MN 55413<br>Telephone: 612-594-5999<br>E-mail: emdrake@bm.net<br><br>Berger Montague P.C.<br>Sophia M. Rios, *Admitted Pro Hac Vice*<br>8241 La Mesa Blvd., Suite A<br>La Mesa, CA 91942<br>Telephone: 619-489-0300<br>E-mail: srios@bm.net<br><br>*Attorneys for Plaintiff Kimberly Bottoms* | By s/ *Lauren B. Rainwater*<br>Kenneth E. Payson, WSBA #26369<br>Lauren B. Rainwater, WSBA #43625<br>Theo A. Lesczynski, WSBA #59780<br>Joby Celoza, WSBA #62483<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206-622-3150<br>Fax: 206-757-7016<br>E-mail: kenpayson@dwt.com<br>E-mail: laurenrainwater@dwt.com<br>E-mail: theolesczynski@dwt.com<br>E-mail: jobyceloza@dwt.com<br><br>*Attorneys for Defendant Block, Inc.* |

SECOND JOINT STIPULATION OF FACTS
(No. 2:23-cv-01969-MJP) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

The Court GRANTS the Parties' Second Stipulation of Facts.

IT IS SO ORDERED this 24th day of January, 2025.

*[signature]*

Marsha J. Pechman
United States District Judge

SECOND JOINT STIPULATION OF FACTS
(No. 2:23-cv-01969-MJP) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax