UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY BOTTOMS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC. (F/K/A, SQUARE, INC.) (D/B/A, CASH APP),<br><br>Defendant. | CASE NO. 2:23-cv-01969-MJP<br><br>ORDER OF CONTINUANCE |

This matter comes before the Court on the Parties' Stipulated Motion to Continue Consideration of Defendant Block, Inc.'s Motion for Summary Judgment Pending Settlement Discussions. (Dkt. No. 79.) The Court had previously ordered consideration of Defendant's motion to be continued in order to allow the Partise to complete scheduled settlement negotiations. (See Dkt. No. 74.) The Parties report that they have "made substantial progress in their settlement negotiations," and seek an additional brief continuance "[t]o allow these discussions to continue," and "to preserve the Court's resources in the event the parties

determine to settle the case." (Mot. at 2.) The Parties additionally propose the following schedule:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Consideration date for Defendant's motion for summary judgment regarding named plaintiff | March 28, 2025 | April 8, 2025 |

The Court finds good cause for an additional brief continuance. Therefore, the Motion is GRANTED and the proposed schedule is adopted. The Court's consideration of Defendant's Motion for Summary Judgment is CONTINUED until April 8, 2025. The Court notes that this is the last continuance that will be granted as to Defendant's motion.

The clerk is ordered to provide copies of this order to all counsel to renote Defendant's Motion for Summary Judgment on Plaintiff's Individual Claims (Dkt. No. 40) to April 8, 2025.

Dated April 7, 2025.

Marsha J. Pechman
United States Senior District Judge