UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY BOTTOMS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC. (F/K/A, SQUARE, INC.) (D/B/A, CASH APP),<br><br>Defendant. | CASE NO. 2:23-cv-01969-MJP<br><br>STAY ORDER |

This matter comes before the Court on the Parties Joint Notice of Settlement and Stipulated Motion to Vacate the Case Schedule and Stay the Case (Dkt. No. 81.) The Parties "have reached an agreement in principle to resolve this action on a class-wide basis," and seek leave to stay the case while they negotiate the terms of the final settlement agreement. (Notice at 1.) Separately, the Parties have informed the Court that this settlement intends to resolve Plaintiff Kimberly Bottoms' individual claims.

STAY ORDER - 1

Finding good cause to do so, the Court GRANTS the stipulated motion. The deadlines set by the Case Scheduling Order (Dkt. No. 27) and Extension Order (Dkt. No. 75) are VACATED. The Case—including the Court's consideration of Defendant's Motion for Summary Judgment on Plaintiff's Individual Claims (Dkt. No. 40)—is STAYED for 60 days or until such time as Plaintiff files her motion for preliminary approval of class settlement, whichever comes earlier.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 18, 2025.

Marsha J. Pechman
United States Senior District Judge