THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLY BOTTOMS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC. (F/K/A, SQUARE, INC.) (D/B/A, CASH APP),<br><br>Defendant. | NO. 2:23-cv-01969-MJP<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Leave to File Overlength Brief in Support of Motion for Preliminary Approval of Class Action Settlement.

Having reviewed the Motion and all other supporting material, the Court GRANTS the Motion. Plaintiff's Motion for Preliminary Approval of Class Action Settlement shall not exceed 6,500 words, excluding the table of contents, table of authorities, and signature block.

IT IS SO ORDERED.

DATED this 10th day of June, 2025.

_____
THE HONORABLE MARSHA J. PECHMAN

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 1
CASE NO. 2:23-cv-01969-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com