UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY BOTTOMS,<br><br>                          Plaintiff(s),<br>     v.<br><br>BLOCK INC,<br><br>                         Defendant(s). | CASE NO.<br>2:23−cv−01969−JHC<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable John H. Chun, United States District Judge. All future documents filed in this case must bear the cause number 2:23−cv−01969−JHC and bear the Judge's name in the upper right hand corner of the document.

DATED September 15, 2025

                                        Ravi Subramanian
                                        Clerk of Court

                                        By:  /s/ Grant Cogswell
                                                Deputy Clerk