THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLY BOTTOMS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC. (F/K/A, SQUARE, INC.) (D/B/A, CASH APP),<br><br>Defendant. | NO. 2:23-cv-01969-JHC<br><br>**SUPPLEMENTAL DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD, AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Beth E. Terrell, declare as follows:

1. I am a member of the law firm of Terrell Marshall Law Group PLLC and co-counsel of record for Plaintiff in this matter. I am admitted to practice before this Court and am a member in good standing of the bar of the states of Washington and California. I respectfully submit this declaration in support of Plaintiff's Motion for Attorneys' Fees, Costs, and Service Award (Dkt. 98) and Motion for Final Approval of Class Settlement (Dkt. 105). Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. Plaintiff initially estimated Class Counsel's out-of-pocket litigation costs to total $41,133.36, as stated in Plaintiff's motion for preliminary approval of class action settlement. *See* Dkt. 91 at 18:18; Dkt. 93, ¶6.

SUPPLEMENTAL DECLARATION OF BETH E.
TERRELL IN SUPPORT OF PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES, COSTS, AND SERVICE AWARD
AND MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT - 1
NO. 2:23-cv-01969-JHC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

3. The Long Form Notice posted on the Settlement Website and the Email and Postcard Notices sent to Settlement Class Members stated that Class Counsel's costs were "currently estimated to be $41,133.36." *See* https://www.bottomstextsettlement. com/wp-content/uploads/2025/08/Bottoms-v-Block-Long-Form-Notice.pdf (last accessed Dec. 1, 2025).

4. Prior to filing Plaintiff's motion for attorneys' fees, costs, and service award ("fee motion"), Class Counsel wrote off certain out-of-pocket costs that reduced the amount of costs for which they would be requesting reimbursement. However, Class Counsel inadvertently failed to correct the total amount of costs referred to in their briefing in support of the fee motion (Dkt. 98) and the motion for final approval of class action settlement (Dkt. 105).

5. In support of the fee motion, Class Counsel submitted evidence supporting their request for reimbursement of litigation costs. *See* Dkt. 99 (Declaration of Jennifer Rust Murray) ¶ 35 and Dkt. 100 (Declaration of E. Michelle Drake) ¶ 9.

6. Terrell Marshall's total out-of-pocket litigation costs are $15,087.60. Dkt. 99, ¶ 35.

7. Berger Montague's total out-of-pocket litigation costs are $13,083.56. Dkt. 100, ¶ 9.

8. Therefore, the total amount of out-of-pocket litigation costs for which Class Counsel requests reimbursement is $28,171.16.

I declare under penalty of perjury under the laws of the State of Washington and the United States of American that the foregoing is true and correct.

EXECUTED at Seattle, Washington and DATED this 1st day of December, 2025.

By: /s/ Beth E. Terrell, WSBA #26759
    Beth E. Terrell, WSBA #26759

SUPPLEMENTAL DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT - 2
NO. 2:23-cv-01969-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com