# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY BOTTOMS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>BLOCK, INC. (F/K/A SQUARE, INC.) (D/B/A CASH APP.),<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE No. 23-cv-01969-JHC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　Plaintiff's unopposed motions for Attorneys' Fees, Costs, and Service Award, Dkt. # 98, and Final Approval of Class Action Settlement, Dkt. # 105, are GRANTED.  *See* Dkt. # 109.  This action is DISMISSED with prejudice.


　　Dated: December 2, 2025.


　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　*/s/Ashleigh Drecktrah*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk